C. L. WILLIAMS, Receiver of the Commercial National Bank of Wilmington, N. C., Appellant, v. CITY OF SOUTHPORT, Appellee. (Circuit Court of Appeals, Fourth Circuit. May 21, 1924.) No. 2202. Appeal from the District Court of the United States for the Eastern District of North Carolina, at Wilmington. Henry G. Connor, Judge. H. Edmund Rodgers, of Wilmington, N. C. (Irvin B. Tucker, of Whiteville, N. C., on the brief), for appellant. George Rountree, of Wilmington, N. C., Robert W. Davis, of Southport, N. C., and E. K. Bryan, of Wilmington, N. C. (Rountree & Carr, of Wilmington, N. C., on the brief), for appellee. Before WOODS, WADDILL, and ROSE, Circuit Judges.

PER CURIAM. This court is entirely satisfied with the reasoning and conclusions of the District Court (290 Fed. 488), and its decree is affirmed.